AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

United States of America )
v. )
AMINE EL KHALIFI )   Case No. 1:12-MJ-87
)
)
)
Defendant(s)

FILED
FEB 17 2012
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __12/1/11 to the Present Date__ in the county of __City of Alexandria__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, U.S.C. § 2332a(a)(3) | EL KHALIFI knowingly and unlawfully attempted to use a weapon of mass destruction against property that is owned and used by the United States or by any department or agency of the United States. |

This criminal complaint is based on these facts:
See Attached Affidavit

☐ Continued on the attached sheet.

Reviewed by AUSA/SAUSA:
AUSA Gordon D. Kromberg & Michael P. Ben'Ary

_Steven W. Hersem_
Complainant's signature

Steven W. Hersem, Supervisory Special Agent - FBI
Printed name and title

Sworn to before me and signed in my presence.

Date: 2/17/2012

/s/Thomas Rawles Jones, Jr.
Judge's signature

City and state: Alexandria, VA

Honorable T. Rawles Jones, Jr., U.S. Magistrate Judge
Printed name and title