IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

UNITED STATES OF AMERICA

v.                                                          1:12cr37 (JCC)

AMINE EL KHALIFI

Defendant.

## O R D E R

ORDERED that the defendant shall be given not more than twenty (20) minutes at

sentencing for allocution, anything beyond that must be in writing.

The Clerk shall forward copies of this Order to counsel.

                                                    /s/
                                            James C. Cacheris
                                            United States District Judge

Alexandria, Virginia
September 12, 2012